**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:        Michael Allen Lee v. The State of Texas

Appellate case numbers:   01-22-00836-CR

Trial court case numbers:  91060-CR

Trial court:                      412th District Court of Brazoria County


Appellant, Michael Allen Lee, has filed an "Amended Motion to Substitute Counsel," requesting that Michael C. Diaz be permitted to withdraw, and Jonathan D. Landers be substituted as his counsel of record in this appeal. According to the motion, Landers "has been employed to represent appellant in this case." Accordingly, the motion requests that Landers be substituted in place of Diaz as appellant's counsel on appeal. *See* TEX. R. APP. P. 6.5(d).

The motion is signed by both Landers and appellant. *See* TEX. R. APP. P. 6.1(c). The motion also confirms that Diaz, as the withdrawing attorney, has delivered the motion to appellant in person or by mail. *See* TEX. R. APP. P. 6.5(d).

The motion does not state that appellant conferred with the State regarding the requested relief. However, more than ten days have passed, and the State has not opposed the motion. *See* TEX. R. APP. P. 10.3(a)(2). The motion is **granted**. *See* TEX. R. APP. P. 6.5(d).

The Clerk of this Court is directed to note the substitution of Jonathan D. Landers as counsel for appellant on the docket of this Court.

It is so ORDERED.


Judge's signature: ___/s/ Amparo Guerra_____

☑ Acting individually    ☐ Acting for the Court

Date: ___December 15, 2022___